IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| **WILLIAM MICHAEL DEXTER,** | : | |
| Plaintiff, | : | |
| vs. | : | CIVIL ACTION NO. 04-0526-WS-B |
| **MOBILE COUNTY,** | : | |
| Defendant. | : | |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issue raised, and there having been no objections filed, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is **ADOPTED** as the opinion of this Court. It is **ORDERED** that petitioner's petition for habeas corpus relief be **DISMISSED** without prejudice for failure to prosecute and obey the Court's order.

**DONE** and **ORDERED** this 12th day of October, 2005.

s/WILLIAM H. STEELE
UNITED STATES DISTRICT JUDGE