# IN THE UNITED STATES DISTRICT COURT FOR THE
## SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | | |
|---|---|---|
| **WILLIAM MICHAEL DEXTER,** | : | |
| **Plaintiff,** | : | |
| **vs.** | : | **CIVIL ACTION NO. 04-0526-WS-B** |
| **MOBILE COUNTY,** | : | |
| **Defendant.** | : | |

## **JUDGMENT**

It is **ORDERED**, **ADJUDGED**, and **DECREED** that this petition be and is hereby **DISMISSED** without prejudice.

**DONE** and **ORDERED** this 12th day of October, 2005.

s/WILLIAM H. STEELE
UNITED STATES DISTRICT JUDGE